CRISTINA C. ARGUEDAS (SBN 87787)
CHRISTY CHANDLER (SBN 205801)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone: (510) 845-3000

Attorneys for Defendant
SUIBIN ZHANG

**FILED**

JAN 1 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05 00812 RMW |
| Plaintiff, | [~~Proposed~~] ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| SUIBIN ZHANG | |
| Defendant. | |

ORDER

For good cause shown, it is hereby ORDERED that the conditions of defendant's release be modified to permit Suibin Zhang to possess his passport for purposes of obtaining a travel visa at the Chinese consulate and to travel to China between January 24, 2006 and February 6, 2006. Mr. Zhang shall surrender his passport to the United States District Court Clerk on February 7, 2006.

Dated: 1/11/06

HON. RICHARD SEEBORG
United States District Court Magistrate Judge