KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5045

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/9/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00812 RMW |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER EXCLUDING TIME** |
| SUIBIN ZHANG, | |
| Defendant. | |

1. The parties appeared on February 21, 2006, for a status conference, and advised the Court that they were in the process of attempting to reach agreement on a suitable protective order before discovery could be provided. The parties estimated that they expected to have an agreement within the next two weeks and, if they could not agree, that they would take their disagreement before the Magistrate Judge.

2. The parties further advised that, given the volume of discovery in the case, that the defense would require a substantial period of time in order to effectively prepare the case for trial or resolution. Defendant asked for a continuance of sixty days and agreed that such time should be excluded from the Speedy Trial clock. The government did not object to such a continuance or to the exclusion of time.

3. Accordingly, and with the explicit agreement of the parties, in open court, this Court scheduled the next appearance to occur on **Monday, April 24, 2006,** at 9:00 a.m., before The Honorable Ronald M. Whyte, United States District Judge.

Based upon the foregoing representations made by the parties, and good cause appearing therefor,

**IT IS THEREFORE HEREBY ORDERED** that the time between February 21 and April 24, 2006 – a total of 62 days – shall be excluded from the computation the period within which the trial must commence, for the reasons set forth by the parties. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above and finds that the time is appropriately excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) and (iv).

DATED: 3/9/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Distribute to:

Ted W. Cassman
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Fax: (510) 845-3003
www.achlaw.com
Counsel for Defendant

David R. Callaway
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for Plaintiff

ORDER

2