IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    -v-

SUIBIN ZHANG,

    Defendant.

**\*E-FILED - 3/27/06\***

CASE NO.: CR-05-00812-RMW

**SEALING ORDER**

IT IS HEREBY ORDERED that the declarations of Suibin Zhang and Ted Cassman in Support of Motion to Withdraw as Counsel of Record shall be filed under seal.

IT IS SO ORDERED.

DATED: March 27, 2006

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28