KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Acting Chief, Criminal Division

DAVID R. CALLAWAY (CASBN 121782)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5596

Attorneys for Plaintiff

FILED

JUL 1 2 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SUIBIN ZHANG, <br><br> Defendant. | No. CR 05-00812 RMW <br><br> [PROPOSED] <br> ORDER EXCLUDING TIME |

1.  The parties appeared on April 24, 2006, for a status conference and advised the Court that the Federal Public Defender had recently been appointed to replace previously-retained counsel for Mr. Zhang. As a result of this change in counsel, the parties advised that initial discovery, including the negotiation of a protective order, would have to begin again from scratch.

2.  The parties further advised that, given the volume of discovery in the case, that the defense would require a substantial period of time in order to effectively prepare the case for trial or resolution. Defendant's newly-appointed counsel asked for a continuance of 30 days and agreed that such time should be excluded from the Speedy Trial clock. The government did not object to such a continuance or to the exclusion of time.

3. Accordingly, and with the explicit agreement of the parties, in open court, this Court scheduled the next appearance to occur on **Monday, May 22, 2006,** at 9:00 a.m., before The Honorable Ronald M. Whyte, United States District Judge.

Based upon the foregoing representations made by the parties, and good cause appearing therefor,

**IT IS THEREFORE HEREBY ORDERED** that the time between April 24 and May 22, 2006 – a total of 28 days – shall be excluded from the computation the period within which the trial must commence, for the reasons set forth by the parties. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above and finds that the time is appropriately excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) and (iv).

DATED: 5/22/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Distribute to:

Jay Rorty, Esq.
Deputy Public Defender
160 West Santa Clara Street, Suite 575
San Jose, California 95113
Counsel for Defendant

David R. Callaway
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for Plaintiff

ORDER

2