1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  DAVID R. CALLAWAY (CASBN 121782)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5596
7
   Attorneys for Plaintiff
8                                                                *E-FILED - 7/13/04*

9                    IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,        )    No. CR 05-00812 RMW (HRL)
12                                  )
          Plaintiff,                )
13                                  )    STIPULATION AND []
          v.                        )    ORDER CONTINUING DATE FOR
14                                  )    STATUS CONFERENCE AND
                                    )    EXCLUDING TIME
15 SUIBIN ZHANG,                    )
                                    )    Date:  July 17, 2006
16        Defendant.                )    Time:  9:00 a.m.
   _____)
17                                       Before The Honorable Ronald M. Whyte

18

19        The parties to this case hereby agree and stipulate as follows:

20        WHEREAS,

21        1.    The parties have only now reached a tentative agreement regarding a protective

22 order that will govern discovery in this case;

23        2.    As a result of their inability to agree sooner, the discovery process has been

24 delayed; and

25        3.    The parties both desire that defendant have received and had the opportunity to

26 review additional discovery before making another status appearance before the Court, so that

27 they might both be in a better position to advise the Court accurately regarding their respective

28 positions;

                                                1

1    4.    The Court has previously excluded time in this case, by stipulation of the parties, pursuant to 18 U.S.C. § 3161(h)(8)(B)(i) and (iv); and

5.    The parties continue to agree that the time occasioned by this continuance and prior continuances is excludible pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(i) and (iv).

IT IS THEREFORE STIPULATED AS FOLLOWS:

The case should be continued for a further status and setting conference to occur on Monday, September 18, 2006, at 9:00 a.m., before The Honorable Ronald M. Whyte, United States District Judge.   Time between July 17 and the date set forth above should be excluded from the Speedy Trial clock for the reasons set forth above.

DATE: _____

                                              JAY RORTY
                                              NICHOLAS P. HUMY
                                              Counsel for Defendant

DATE: _____

                                              DAVID R. CALLAWAY
                                              KYLE F. WALDINGER
                                              Counsel for Plaintiff

# **ORDER**

Based upon the foregoing Stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is continued for further status and setting conference to occur on Monday, September 18, 2006, at 9:00 a.m.

IT IS FURTHER ORDERED that the time between July 17 and September 18, 2006 above shall be excluded from the computation the period within which the trial must commence, for the reasons and based upon the statutory provisions set forth by the parties in this Stipulation. The Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial based upon the grounds set forth above.

DATED:  7/13/06

                                         /S/ RONALD M. WHYTE
                                        RONALD M. WHYTE
                                        United States District Judge

**Stipulation and Order**                             3

Distribute to:

Jay Rorty
Nicholas P. Humy
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
San Jose, CA  95113
Counsel for David Rowe


David R. Callaway
Kyle F. Waldinger
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Counsel for Plaintiff

**Stipulation and Order** 4