1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ZHANG

E-FILED

FILED

AUG 0 4 2006

AUG - 7 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-00812 RMW (HRL) |
|---|---|
| Plaintiff, | ) STIPULATION AND (PROPOSED) ORDER FOR TRAVEL |
| vs. | ) |
| SUIBIN ZHANG, | ) |
| Defendant. | ) |

Defendant SUIBIN ZHANG and the United States through their respective counsel, Assistant Federal Public Defender Jay Rorty and Assistant United States Attorney David Callaway, hereby request that, subject to the Court's approval, the conditions of release previously set by the Court on December 22, 2005, may be modified to permit defendant, Suibin Zhang, to allow travel out of the Northern District of California and over seas for the purpose of work related business.

August 4, 2006

/S/
JAY RORTY
Assistant Federal Public Defender

August 4, 2006

/S
DAVID CALLAWAY
Assistant United States Attorney

Stipulation and (Proposed) Order for Travel            1

1 **ORDER**

2 GOOD CAUSE APPEARING,

3 IT IS ORDERED that the conditions of release set on December 22, 2005 are hereby
4 modified to permit defendant, Suibin Zhang, to allow travel out of the Northern District of
5 California and over seas for the purpose of work related business.

6 IT IS FURTHER ORDERED that all other conditions of release shall remain in full force
7 and effect.

9 Dated: August 4, 2006

~~HOWARD R. LLOYD~~ RICHARD SEEBURG,
10 United States Magistrate-Judge

25 Distribute to:
26

Stipulation and (Proposed) Order for Travel            2