*E-FILED ON 9/26/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

SUIBIN ZHANG,

        Defendant.

_____/

No. CR05-00812 RMW (HRL)

**AMENDED ORDER FOR BRIEFS RE
PARTIES' PROPOSED AMENDED
STIPULATED INTERIM PROTECTIVE
ORDERS**

On September 18, 2006, this court heard defendant's request for reconsideration as to the protective order entered in this case on September 5, 2006. The parties were directed to meet-and-confer and submit a new proposed protective order, or failing agreement, to submit their preferred versions to this court for consideration. The parties having submitted their competing proposed protective orders for this court's review, IT IS ORDERED THAT:

    1.    **No later than October 3, 2006**, each party shall file a brief supporting their position. This court is particularly interested in orders or rulings of other courts in this district alluded to by defendant at the September 18, 2006 hearing.

    2.    Upon consideration of the briefs, the court will determine whether the matter will be deemed submitted upon the papers or whether a further hearing will be necessary. Should

United States District Court

For the Northern District of California

1    the court conclude that a further hearing is necessary, it will send notice to the parties.

2    Dated:    September 26, 2006

3

4                  HOWARD R. LLOYD
                 UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**Notice will be sent to:**

Lara Suzanne Vinnard lara_vinnard@fd.org, christina_smith@fd.org

Kyle Waldinger
Office of the United States Attorney
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

David Callaway
Office of the United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Nicholas Humy
Jay Rorty
Office of the Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

**United States District Court**
For the Northern District of California

3