1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ZHANG

**E-FILED**

**FILED**

NOV 15 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00812 RMW (HRL) |
| ) | |
| Plaintiff, ) | STIPULATION AND (PROPOSED) |
| ) | ORDER FOR TRAVEL |
| vs. ) | |
| ) | Honorable Richard Seeborg |
| SUIBIN ZHANG, ) | United States Magistrate-Judge |
| ) | |
| Defendant. ) | |

Defendant SUIBIN ZHANG and the United States through their respective counsel, Assistant Federal Public Defender Jay Rorty and Assistant United States Attorney David Callaway, hereby request that, subject to the Court's approval, the conditions of release previously set by the Court on December 22, 2005, may be modified to permit defendant, Suibin Zhang, to travel to the Lake Tahoe area to spend Thanksgiving with his family. Mr. Zhang will be traveling with his wife, son and parents leaving home on Wednesday, November 23, 2006 and returning on Saturday, November 25, 2006. While at Lake Tahoe the Zhang family will be staying at Squaw Valley Lodge located at 201 Squaw Peak Rd., Olympic Valley, CA 96146, telephone number 1(800) 549-6742.

Stipulation and (Proposed) Order for Travel          1

1 | November 14, 2006        /S/
                                 JAY RORTY
2 |                                  Assistant Federal Public Defender

3

4 | November 14, 2006        /S
                                 DAVID CALLAWAY
5 |                                  Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on December 22, 2005 are hereby modified to permit defendant, Suibin Zhang, to permit defendant, Suibin Zhang, to travel with his family for Thanksgiving. Mr. Zhang will be traveling with his wife, son and parents leaving home on Wednesday, November 23, 2006 and returning on Saturday, November 25, 2006. While at Lake Tahoe the Zhang family will be staying at Squaw Valley Lodge located at 201 Squaw Peak Rd., Olympic Valley, CA 96146, telephone number 1(800) 549-6742.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: November 15, 2006

HOWARD R. LLOYD RICHARD SEEBORG
United States Magistrate-Judge

Stipulation and (Proposed) Order for Travel      2

1. Distribute to:

2. Jay Rorty
   Assistant Federal Public Defender
3. 160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4. Counsel for Defendant

5. David Callaway
   Assistant United States Attorney
6. 150 Almaden Blvd., Suite 900
   San Jose, CA 95113
7. Counsel for the United States

8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.