1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ZHANG

FILED

JAN 23 2007

CLERK
NORTHERN
SAN JOSE
CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-05-00812 RMW (HRL) |
|---|---|
| Plaintiff, | ) STIPULATION AND ~~(PROPOSED)~~ |
| | ) ORDER FOR TRAVEL |
| vs. | ) |
| | ) **Honorable Howard R. Lloyd** |
| SUIBIN ZHANG, | ) United States Magistrate-Judge |
| Defendant. | ) |

Defendant SUIBIN ZHANG and the United States through their respective counsel, Assistant Federal Public Defender Jay Rorty and Assistant United States Attorney David Callaway, hereby request that, subject to the Court's approval, the conditions of release previously set by the Court on December 22, 2005, may be modified to permit defendant, Suibin Zhang, to travel to Los Angeles, California and Las Vegas, Nevada with his family (see itinerary). Mr. Zhang will be leaving home on Saturday, February 17, 2007 and driving back home on Thursday, February 22, 2007. While in Los Angeles, California the Zhang family will be staying at The New Otani Hotel, 120 S. Los Angeles Street, Los Angeles, CA 90012, telephone (213) 629-1200. While in Las Vegas the Zhang family will be staying at The Aladin Casino and Hotel, 3667 Las Vegas, Nevada 89109, telephone (702) 785-5555. U.S. Pretrial Officer Michelle Nero has been notified of this request and has no objections.

Stipulation and (Proposed) Order for Travel        1

1 | January 23, 2007

/S/
JAY RORTY
Assistant Federal Public Defender

2

3

4 | January 23, 2007

/S
DAVID CALLAWAY
Assistant United States Attorney

5

6

7

8

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that the conditions of release set on December 22, 2005 are hereby modified to permit defendant, Suibin Zhang, to travel to Los Angeles, California and Las Vegas, Nevada with his family. Mr. Zhang will be leaving home on Saturday, February 17, 2007 and driving back home on Thursday, February 22, 2007. While in Los Angeles, California the Zhang family will be staying at The New Otani Hotel, 120 S. Los Angeles Street, Los Angeles, CA 90012, telephone (213) 629-1200. While in Las Vegas the Zhang family will be staying at The Aladin Casino and Hotel, 3667 Las Vegas, Nevada 89109, telephone (702) 785-5555.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: January 23, 2007

~HOWARD R. LLOYD~ RICHARD SEEBORG
United States Magistrate-Judge