SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596 (Callaway)
   Telephone: (415) 436-6830 (Waldinger)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION     *E-FILED - 3/5/07*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00812 RMW |
| | ) | |
| Plaintiff, | ) | [] |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| SUIBIN ZHANG, | ) | |
| | ) | |
| Defendant. | ) | |
| —————————————————— | ) | |

     1.     The parties appeared on February 26, 2007 for a status conference.  The parties

advised the Court that, given the volume of discovery, including electronic discovery, the

defense would need additional time in order to effectively prepare the case for trial or resolution.

     2.     The parties requested a continuance until April 16, 2007 and agreed that such

time should be excluded from the Speedy Trial clock.  The parties advised the Court that this

case is deemed "complex" within the meaning of 18 U.S.C. § 3161(h)(8)((B)(ii), based on the

volume of electronic discovery, the nature of the allegations contained in the indictment, and the

need for both parties to consult with, and for the defense to retain, expert witnesses in

preparation for a possible trial.

//

[] ORDER RE: EXCL.
OF TIME [CR 05-00812 RMW]

1    3.    Accordingly, and with the explicit agreement of the parties in open court, this

2    Court scheduled the next appearance to occur on **April 16, 2007**, at 9:00 a.m., before The

3    Honorable Ronald M. Whyte, United States District Judge.

4    Based upon the foregoing representations made by the parties, and good cause appearing

5    therefor,

6    **IT IS HEREBY ORDERED** that the time between February 26, 2007 and April 16,

7    2007 — a total of 49 days — shall be excluded from the computation of the period within which

8    the trial of this matter must commence, for the reasons set forth by the parties in open court.  The

9    Court finds that the ends of justice outweigh the interests of the public and the parties in a

10   speedier trial based upon the grounds set forth above and finds that the time is appropriately

11   excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (ii).

12

13   IT IS SO ORDERED.

14

15   DATED:____3/5/07____          _Ronald M. Whyte_____

16                                RONALD M. WHYTE
                                 United States District Judge

17

18   Copies to be distributed to:

19   Jay Rorty and Nick Humy
     Federal Public Defender's Office
20   160 West Santa Clara Street, Suite 575
     San Jose, California 95113

21

22   Kyle F. Waldinger and Dave Callaway
     U.S. Attorney's Office
     450 Golden Gate Ave., 11th Floor
23   San Francisco, CA 94102

24

25

26

27

28