SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5596 (Callaway)
   Telephone: (415) 436-6830 (Waldinger)

***E-FILED - 5/10/07***

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00812 RMW |
|    Plaintiff, ) | [] ORDER EXCLUDING TIME |
|      v. ) | |
| SUIBIN ZHANG, ) | |
|    Defendant. ) | |

    1.    The parties appeared on April 16, 2007 for a status conference. The parties advised the Court that, given the volume of discovery, including electronic discovery, the defense would need additional time in order to effectively prepare the case for trial or resolution.

    2.    The parties requested a continuance until May 14, 2007 and agreed that such time should be excluded from the Speedy Trial clock.

    3.    Accordingly, and with the explicit agreement of the parties, in open court, this Court scheduled the next appearance to occur on **May 14, 2007**, at 9:00 a.m., before The Honorable Ronald M. Whyte, United States District Judge.

    Based upon the foregoing representations made by the parties, and good cause appearing therefor,

[] ORDER RE: EXCL.
OF TIME [CR 05-00812 RMW]

1   **IT IS HEREBY ORDERED** that the time between April 16, 2007 and May 14, 2007 —
2   a total of 28 days — shall be excluded from the computation of the period within which the trial
3   of this matter must commence, for the reasons set forth by the parties in open court. The Court
4   finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial
5   based upon the grounds set forth above and finds that the time is appropriately excluded pursuant
6   to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv).

8   IT IS SO ORDERED.

10  DATED: 5/10/07                              *Ronald M. Whyte*
                                                RONALD M. WHYTE
11                                              United States District Judge

13  Copies to be distributed to:

14  Jay Rorty
    Federal Public Defender's Office
15  160 West Santa Clara Street, Suite 575
    San Jose, California 95113
16
    Kyle F. Waldinger
17  U.S. Attorney's Office
    450 Golden Gate Ave., 11th Floor
18  San Francisco, CA 94102

[] ORDER RE: EXCL.
OF TIME [CR 05-00812 RMW]              -2-