| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | VERNON H. GRANNEMAN  # 83532 |
| 2 | 2475 Hanover Street |
|   | Palo Alto, California  94304 |
| 3 | Telephone: (650) 233-4500 |
|   | Facsimile: (650) 233-4545 |
| 4 | Email:  vernon.granneman@pillsburylaw.com |
| 5 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | ANDREW D. LANPHERE  # 191479 |
| 6 | JASON A. CATZ  # 224205 |
|   | 50 Fremont Street |
| 7 | Post Office Box 7880 |
|   | San Francisco, CA  94120-7880 |
| 8 | Telephone:  (415) 983-1000 |
|   | Facsimile:  (415) 983-1200 |
| 9 | Email: andrew.lanphere@pillsburylaw.com |
|   |             jason.catz@pillsburylaw.com |

Attorneys for Third Party
MARVELL SEMICONDUCTOR, INC.

*E-FILED - 9/19/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. CR 05-00812 RMW (HRL) |
| Plaintiff, | **STIPULATION AND []** |
| vs. | **ORDER TO CONTINUE HEARING DATE OF MARVELL SEMICONDUCTOR, INC. TO QUASH OR MODIFY SUBPOENA DUCES TECUM ISSUED IN CRIMINAL CASE** |
| SUIBIN ZHANG, | |
| Defendant. | Date:   September 24, 2007 |
| | Time:   9:00 a.m. |
| | Crtrm: 6, The Hon. Ronald M. Whyte |

It is hereby stipulated by and between the parties, through their respective counsel, as follows:

WHEREAS, Third Party Marvell Semiconductor, Inc. has filed a Motion to Quash or Modify Subpoena Duces Tecum that is scheduled for hearing on September 17, 2007 at 9:00 a.m. in Courtroom 6 of the above-entitled Court;

1  WHEREAS, the parties met and conferred on September 5, 2007 regarding the
2  disputed items in the subpoena;
3  WHEREAS, both parties agreed to review documents and consult with their
4  respective clients in a further effort to resolve certain disputes;
5  WHEREAS, the parties require additional time to confer and to arrive at a joint
6  statement to present to the Court prior to the proposed September 24th hearing;
7  WHEREAS, the parties desire to continue the hearing date to a mutually agreed
8  upon date due to the need for additional time to meet and confer to attempt to resolve some
9  or all of the issues presented by the motion;
10  THEREFORE, the parties stipulate and agree that the hearing on the Motion to
11  Quash or Modify Subpoena Duces Tecum scheduled for at 9:00 a.m. in Courtroom 6 of the
12  above-entitled Court be continued to Monday, September 24, 2007 at 9:00 a.m. in
13  Courtroom 6, or at such other time and place as may be ordered by the Court.  The parties
14  shall file a report on or before Thursday September 20, 2007 on the status of their efforts to
15  resolve the issues presented by the motion.
16  Dated:  September 14, 2007.

17                                                           By  /s/ David R. Callaway
                                                                 David R. Callaway
18                                                               Attorneys for Plaintiff United States of
                                                                 America
19  Dated:  September 14, 2007.

20                                                           By  /s/ Jay A. Rorty
                                                                 Jay A. Rorty
21                                                               Attorneys for Defendant Suibin Zhang

22  Dated:  September 14, 2007.

23                                                           By  /s/ Vernon H. Granneman
                                                                 Vernon H. Granneman
24                                                               Attorneys for Third Party Marvell Semiconductor,
                                                                 Inc.
25
26
27
28

1     I hereby attest that I have on file all holograph signatures for any signatures
2 indicated by a "conformed" signature (/S/) within this efiled document.
3 Dated: September 14, 2007      /s/ Vernon H. Granneman
4          Vernon H. Granneman
5
6     IT IS SO ORDERED.
7
8 Dated: 9/19/07      *Ronald M. Whyte*
9          The Honorable Ronald M. Whyte
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28