JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID R. CALLAWAY (CSBN 121782)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California  95113
   Telephone: (408) 535-5596
   E-mail: David.Callaway@usdoj.gov

*E-FILED - 8/13/09*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SUIBIN ZHANG,<br><br>    Defendant. | No. CR 05-00812 RMW<br><br>PARTIES' JOINT REQUEST TO CONTINUE TRIAL DATE; [] ORDER VACATING TRIAL DATE AND SETTING HEARING<br><br>Date:    June 4, 2009<br>Time:    2:00 p.m.<br><br>Before The Honorable Ronald M. Whyte |

       The parties jointly ask the Court to continue the trial, currently scheduled to begin on July 6, 2009, to a date in September to be determined.  The government initially suggested the continuance to defense counsel, based on personal reasons (needing to schedule a visit during the week of June 29, 2009 – *i.e.*, the week before trial was scheduled to begin – to spend time with a family member experiencing health problems).  Defense counsel graciously agreed, and also noted that he could use the additional time for effective preparation.  In addition, government counsel was recently promoted to chief of the San Jose Branch, which is no big deal in and of itself, but does mean that it would be preferable if he were not in trial during the upcoming triennial Department of Justice Evaluation and Review Staff (EARS) audit, also scheduled for

**REQUEST TO CONTINUE TRIAL DATE;**
**[] ORDER SETTING HEARING**

1  the week of July 6, 2009.

2  For the foregoing reasons, the parties jointly request that the currently-scheduled trial
3  date be vacated and that a new date be set at the hearing on June 4, 2009, at 2:00 p.m., and
4  further agree that the time between July 6th until the new trial date may be excluded from the
5  speedy trial clock for the reasons set forth above (continuity of counsel for the government,
6  effective preparation for the defense), as well as based on the Court's previous finding of
7  complexity.

8  SO STIPULATED:

9  DATED: 5-27-09            JOSEPH P. RUSSONIELLO
                              United States Attorney
10

11                             / s /
                              _____
12                             DAVID R. CALLAWAY
                              Assistant United States Attorney
13                             Counsel for United States

14
   DATED: 5-27-09            BARRY J. PORTMAN
15                             Federal Public Defender

16                             / s /

17                             _____
                              MANUEL ARAUJO
18                             Assistant Federal Public Defender
                              Counsel for Suibin Zhang
19

20  **<u>ORDER</u>**

21  For the reasons set forth above, and good cause appearing,

22  IT IS HEREBY ORDERED that the trial date of the captioned case, currently scheduled
23  to begin on July 6, 2009, is VACATED.  A new date will be set at the hearing on June 4, 2009,
24  at 2:00 p.m., before The Honorable Ronald M. Whyte.  The Court defers any findings regarding
25  excludible time until the hearing.

26  8/12/09                    *Ronald M. Whyte*
27                             _____
                              RONALD M. WHYTE
28                             United States District Judge

**REQUEST TO CONTINUE TRIAL DATE;**
**[] ORDER SETTING HEARING**            -2-