*E-FILED - 9/22/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00812 RMW |
| Plaintiff, | ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE DATES AND REFERRING CASE FOR SETTLEMENT CONFERENCE |
| v. | |
| SUIBIN ZHANG, | |
| Defendant. | |

**ORDER**

GOOD CAUSE APPEARING, and by the stipulation of the parties, it is hereby ordered as follows:

The trial date in the case of *United States of America v. Suiben Zhang*, CR 05-00812-RMW, which is currently set for September 28, 2009, is hereby vacated, and the matter is continued to February 8, 2010, at 9:00 a.m., for trial. Additionally, the pretrial conference date currently set for September 24, is vacated and reset for January 14, 2010, at 2:00 p.m.

IT IS FURTHER ORDERED that the matter is referred to the The Honorable Jeremy Fogel, United States District Judge, for a settlement conference on a date and time to be determined by the parties in consultation with Judge Fogel.

1    IT IS FURTHER ORDERED that the period of delay from September 28, 2009, to and
2  including February 8, 2010, is excluded for purposes of Speedy Trial Act computations pursuant
3  to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

5  Dated: September 22, 2009

*Ronald M. Whyte*
_____
THE HONORABLE RONALD M. WHYTE
United States District Judge