1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CSBN 121782)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California  95113                    ***E-FILED - 1/25/10***
      Telephone: (408) 535-5596
7     Facsimile: (408) 535-5596
      E-mail: David.Callaway@usdoj.gov
8
   Attorneys for Plaintiff
9

10              IN THE UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   No. CR 05-00812 RMW
                                       )
14          Plaintiff,                 )   **JOINT REQUEST BY THE PARTIES TO
    v.                                 )   VACATE THE CURRENT PRETRIAL
15                                     )   CONFERENCE AND TRIAL DATES,
    SUIBIN ZHANG,                      )   AND FOR AN ORDER PLACING THIS
16                                     )   CASE ON CALENDAR FOR FURTHER
            Defendant.                 )   STATUS AND TRIAL SETTING;
17  _____)   ORDER []**

18

19          Defendant and the government, through their respective counsel, hereby stipulate, subject

20  to the Court's approval, that the trial of the above-captioned case be continued from its currently-

21  scheduled date, March 1, 2010, to a date in late April or May, depending on the Court's calendar.

22  The parties further request that the pretrial conference date of February 4, 2010, along with

23  accompanying schedule for pretrial filings, be vacated, and that this case **be placed on the**

24  **Court's calendar on January 25, 2010**, for status and trial setting.  Finally, the parties agree that

25  the time occasioned by this request should be excluded from the Speedy Trial Clock for the

26  reasons set forth in more detail below.

1    The reasons for the stipulation are two-fold: first, as directed by the Court, the parties held

2  a settlement conference with Judge Fogel on January 7, 2010.  Immediately afterward, everyone

3  was in agreement that settlement appeared highly unlikely and that the case should proceed to trial

4  as scheduled.  Recent developments, however, have given new life to those discussions.  The

5  parties would like additional time to see whether a settlement might be able to be reached.

6  Counsel agree that, in the interest of judicial economy, it would be more appropriate to continue

7  to attempt to settle this matter before any *in limine* motions are filed.

8    In addition, the parties have met and conferred in an effort to streamline the trial, assuming

9  the case were to proceed to trial.  During those discussions, it has become apparent that the case

10  could be more efficiently tried if the parties had more time.  (One matter under serious discussion,

11  although neither side has made a firm decision at this point, is the possibility of stipulating to a

12  bench trial.  A second involves a possible defense request to conduct a Rule 15 deposition of a

13  Marvell executive now living in Europe.)

14    On January 4, 2010, the Court excluded, with the agreement of the parties, the period

15  between January 4 and March 1, 2010, for purposes of Speedy Trial Act computations pursuant

16  to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).  The parties

17  respectfully ask the Court to reaffirm that time exclusion in its Order below.

18  Dated: January 12, 2010

19                              _____/s/_____
                              MANUEL U. ARAUJO
20                              Assistant Federal Public Defender

21
    Dated: January 12, 2010
22                              _____/s/_____
                              DAVID CALLAWAY,
23                              Assistant United States Attorney

24  //

25  //

26  //

1

**<u>ORDER</u>**

2          For the reasons set forth by the parties in the stipulation above, and good cause

3   appearing,

4          IT IS HEREBY ORDERED as follows:

5          (1) this matter shall be placed on the Court's calendar on **Monday, January 25, 2010,**

6   **at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge, for further

7   status and trial setting;

8          (2) the Pretrial Conference scheduled for February 4, 2010, is VACATED, with a new

9   date to be scheduled at the hearing on January 25, 2010.  The briefing schedule set forth in this

10  Court's Minute Order dated January 4, 2010 is accordingly vacated as well;

11         (3) the jury trial currently scheduled to begin on March 1, 2010 is VACATED, with a

12  new date to be scheduled at the hearing on January 25, 2010.

13         (4) as previously ordered, the period of delay between January 4, 2010 and March 1,

14  2010, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United

15  States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv), based on the foregoing

16  reasons and the reasons set forth by the parties in open court on January 4, 2010.

17

18     Date: 1/25/10

19                                                    RONALD M. WHYTE
                                                       United States District Judge
20

21

22

23

24

25

26