BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

***E-FILED - 12/13/10***

Counsel for Defendant ZHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                           )<br>                       Plaintiff,              )<br>                                                           )<br>                                                           )<br>vs.                                                     )<br>                                                           )<br>                                                           )<br>                                                           )<br>SUIBIN ZHANG,                               )<br>                                                           )<br>                       Defendant.           )<br>_____ ) | No. CR 05-00812 RMW<br><br>STIPULATION AND  ORDER<br>TO VACATE FINAL PRETRIAL<br>CONFERENCE AND TRIAL DATES<br><br><br><br><br><br><br>**Honorable Ronald M. Whyte** |

  The parties, Suibin Zhang and the government, acting through their respective counsel hereby stipulate, subject to the Court's approval, that the final pretrial conference set for December 16, 2010 at 2:00 p.m. and the trial date of January 10, 2011 at 9:00 a.m., be vacated and that the Court set a status hearing date of January 10, 2011 at 9:00 a.m.

  The request to vacate the final pretrial conference date and trial date is made on behalf of Mr. Zhang's counsel who is currently out of the office on extended medical leave and is not expected to return to the office until 2011.  If the Court prefers, the parties agree to appear on

1  December 16, 2010 at 2:00 p.m. for a status hearing prior to the January 10, 2011 status hearing
2  date.
3      The parties further agree and stipulate that time should be excluded from today's date
4  through and including January 10, 2011, for continuity of counsel and to provide defense counsel
5  further time to prepare, for purposes of Speedy Trial Act computations pursuant to Title 18,
6  United States Code, Sections 3161(h).  Accordingly, Mr. Zhang and the government agree that
7  granting the requested exclusion of time will serve the interest of justice and outweigh the
8  interest of the public and the defendant in a speedy trial.
9  Dated: December 2, 2010

                                                                                              /s/_____
                                                       Manuel U. Araujo
                                                       Assistant Federal Public Defender

                                                       MELINDA HAAG
                                                       United States Attorney

Dated: December 2, 2010

                                                    /s/_____
                                        David R. Callaway
                                        Matthew A. Parrella
                                        Assistant United States Attorneys

Stipulation and  Order to Vacate Final
Pretrial Conference and Trial Dates
CR-05-00812 RMW                                      2

1 **[] ORDER**

2 Good cause appearing, and by stipulation of the parties in the above-captioned matter,

3 IT IS HEREBY ORDERED that the final pretrial conference set for December 16, 2010 at

4 2:00 p.m. and the trial date of January 10, 2011 at 9:00 a.m. are VACATED. The next court

5 hearing will be held on [December 16, 2010 at 2:00 p.m.] [January 10, 2011 at 9:00 a.m.] for a

6 status hearing. It is further ordered that the time between today's date through and including

7 January 10, 2010, is excluded for purposes of Title 18, United States Code, Sections 3161(h)(7)(A)

8 and 3161(h)(7)(B)(iv).

10 Dated: 12/13/10

*Ronald M. Whyte*

11 HONORABLE RONALD M. WHYTE
United States District Judge

Stipulation and Order to Vacate Final
Pretrial Conference and Trial Dates
CR-05-00812 RMW                               3