1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113                              *E-FILED - 12/14/10*
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ZHANG

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )   No. CR 05-00812 RMW
                                     )
13          Plaintiff,               )   STIPULATION AND  ORDER
                                     )   TO VACATE FINAL PRETRIAL
                                     )   CONFERENCE AND TRIAL DATES
14  vs.                              )
                                     )
15                                   )
                                     )
16  SUIBIN ZHANG,                    )
                                     )
17          Defendant.               )
    _____)   **Honorable Ronald M. Whyte**
18

19      The parties, Suibin Zhang and the government, acting through their respective counsel

20  hereby stipulate, subject to the Court's approval, that the final pretrial conference set for

21  December 16, 2010 at 2:00 p.m. and the trial date of January 10, 2011 at 9:00 a.m., be vacated

22  and that the Court set a status hearing date of January 10, 2011 at 9:00 a.m.

23      The request to vacate the final pretrial conference date and trial date is made on behalf of

24  Mr. Zhang's counsel who is currently out of the office on extended medical leave and is not

25  expected to return to the office until 2011.  If the Court prefers, the parties agree to appear on

26
    Stipulation and  Order to Vacate Final
    Pretrial Conference and Trial Dates
    CR-05-00812 RMW                          1

1 | December 16, 2010 at 2:00 p.m. for a status hearing prior to the January 10, 2011 status hearing
2 | date.
3 |     The parties further agree and stipulate that time should be excluded from today's date
4 | through and including January 10, 2011, for continuity of counsel and to provide defense counsel
5 | further time to prepare, for purposes of Speedy Trial Act computations pursuant to Title 18,
6 | United States Code, Sections 3161(h).  Accordingly, Mr. Zhang and the government agree that
7 | granting the requested exclusion of time will serve the interest of justice and outweigh the
8 | interest of the public and the defendant in a speedy trial.
9 | Dated: December 2, 2010

               /s/
      Manuel U. Araujo
      Assistant Federal Public Defender

MELINDA HAAG
United States Attorney

13 | Dated: December 2, 2010

               /s/
      David R. Callaway
      Matthew A. Parrella
      Assistant United States Attorneys

1
**[] ORDER**

2   Good cause appearing, and by stipulation of the parties in the above-captioned matter,

3   IT IS HEREBY ORDERED that the final pretrial conference set for December 16, 2010 at

4   2:00 p.m. and the trial date of January 10, 2011 at 9:00 a.m. are VACATED.  The next court

5   hearing will be held on January 10, 2011 at 9:00 a.m. for a

6   status hearing.  It is further ordered that the time between today's date through and including

7   January 10, 2010, is excluded for purposes of Title 18, United States Code, Sections 3161(h)(7)(A)

8   and 3161(h)(7)(B)(iv).

9

10   Dated: _12/14/10_____           _Ronald M. Whyte_____

11                                              HONORABLE RONALD M. WHYTE
                                                United States District Judge