**FILED**

DEC 15 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>SUIBIN ZHANG,<br><br>　　　　　　Defendant. | No. CR 05-00812 RMW<br><br>[PROPOSED] ORDER DIRECTING THE CLERK OF THE COURT TO RELEASE DEFENDANT'S PASSPORT<br><br>HON: HOWARD R. LLOYD |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Clerk of the Court forthwith release Mr. Zhang's passport to him.

IT IS FURTHER ORDERED that within 48 hours after it is submitted for purposed of verification of employment, Mr. Zhang shall surrender the passport back to the Clerk of the Court. All other conditions of release ordered on December 22, 2005, remain in full force and effect.

IT IS SO ORDERED.

Dated: 12/15/10

　　　　　　　　　　　　　　　　　　　　HON. HOWARD R. LLOYD,
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Order Directing Release of Passport
CR 05-00812 RMW　　　　　　　　　　1