1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DAVID R. CALLAWAY (CABN 121782)
   MATTHEW A. PARRELLA (NYBN 2040855)          *E-FILED - 5/11/11*
5  Assistant United States Attorneys

6     150 Almaden Blvd., Suite 900
      San Jose, California  95113
7     Telephone: (408) 535-5042 (AUSA Parrella)
      Telephone: (415) 436-6991 (AUSA Callaway)
8     Facsimile: (408) 535-5596
      E-mail: David.Callaway@usdoj.gov
9
   Attorneys for Plaintiff
10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,          )   No. CR 05-00812 RMW
                                       )
15                                     )
            Plaintiff,                 )   **REQUEST BY THE PARTIES TO
16                                     )   VACATE THE CURRENT PRETRIAL
       v.                              )   CONFERENCE, SCHEDULE A STATUS
17                                     )   DATE, AND CONFIRM NEW TRIAL
                                       )   AND PRETRIAL CONFERENCE
18  SUIBIN ZHANG,                      )   DATES; ORDER [ ------------------
                                       )**
19                                     )   DATE:  May 12, 2011
            Defendant.                 )   TIME:   2:00 p.m.
20                                     )
   _____)   Before The Honorable Ronald M. Whyte
21

22       Defendant and the government, through their respective counsel, hereby stipulate, subject to the

23  Court's approval, that the pretrial conference, currently scheduled to occur on May 12, 2011, be

24  vacated and the matter placed on the Court's calendar for status on **Monday, May 16, 2011,** at 9:00

25  a.m.  The reasons for the stipulation are three-fold: First, based on the Court's own schedule, the trial

26  that was scheduled to begin on May 23, 2011, has been continued, the parties understand, to June

27  13, 2011; the parties wish to confirm that new date at a status hearing.  Second, the parties wish to

28  discuss the status of defendant's pending motion to strike surplusage from the superseding

REQUEST TO VACATE PRETRIAL CONFERENCE
AND SET STATUS DATE

1   indictment, given the Ninth Circuit's recent decision in *United States v. Nosal*, — F.3d —, 2011 WL
2   1585600 (9th Cir. April 28, 2011).  Finally, and most importantly, the parties have recently revived
3   discussions regarding a possible settlement and wish to move the pretrial conference to a date a little
4   closer to the new trial date, so as not to spend time preparing pretrial filings that could be better spent
5   trying to resolve the case.

6       Assuming the Court approves this stipulation, no further time exclusion should be necessary: the
7   Court has already excluded time through and including the previously-scheduled trial date of May
8   23, 2011. In any event, the parties agree that the time through and including the proposed status date
9   of May 16, 2011, should be excluded from the Speedy Trial Clock based on the need for effective
10  defense preparation and continuity of defense counsel, the complexity of the case, and in light of the
11  facts set forth in this stipulation.  18 U.S.C. § § 3161(h)(7)(A) and (B)(i) and (ii).

12  Dated: May 6, 2011

13                                   _____/s/_____
14                                   MANUEL U. ARAUJO
                                     Assistant Federal Public Defender

15  Dated: May 6, 2011

16                                   _____/s/_____
                                     DAVID R. CALLAWAY,
17                                   Assistant United States Attorney

18                              **ORDER**

19      For the reasons set forth by the parties in the stipulation above, and good cause appearing,

20      IT IS HEREBY ORDERED:

21      (1) the Pretrial Conference scheduled for Thursday, May 12, 2011, is VACATED.

22      (2) the parties shall appear instead on Monday, May16, 2011, at 9:00 a.m., for a status
23  hearing to discuss the pending motion to strike surplusage, confirm the trial date, and schedule a
24  new pretrial conference date.

25      (3) to the extent any additional exclusion of time is necessary, the time up to and including
26  May 16, 2011, is excluded from the Speedy trial clock based on the need for effective defense
27  preparation and continuity of defense counsel, the complexity of the case, and in light of the facts
28  //

1    set forth in the above stipulation. 18 U.S.C. § § 3161(h)(7)(A) and (B)(i) and (ii).

2

3     Date: 5/11/11                     *Ronald M. Whyte*
                                        _____
4                                       RONALD M. WHYTE
                                        United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28