BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ZHANG

FILED

JUL 1 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>SUIBIN ZHANG,<br><br>Defendant. | No. CR 05-00812 RMW (HRL)<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY SUIBIN ZHANG'S CONDITIONS OF RELEASE**<br><br>**Honorable Howard R. Lloyd** |

## STIPULATION

Subject to the Court's approval, the Defendant and the government, through their respective counsel, hereby stipulate that the Order Setting the Conditions of Release issued by the Court on December 22, 2005, be modified to a fifty-thousand dollar personal recognizance bond. The parties further agree and request that the Court order the Clerk of the Court to reconvey the Deed of Trust in the amount of $500,000 recorded on January 13, 2006, as Instrument No. 2006-6517 of Official Records and recorded on the Clerk's Docket as receipt numbered 5513786-1/17/06, as non-cash collateral for the property located in Belmont, California.

The stipulation is based on the following facts. On December 21, 2004, the Grand Jury

Stipulation to Modify Conditions of Release
No. CR 05-00812 RMW (HRL)                    1

1  returned an Indictment against Mr. Zhang. On December 22, 2005, Magistrate Judge Richard
2  Seeborg arraigned Mr. Zhang. On that day, the Court set bail in the amount of $500,000. The
3  Court ordered that three hundred thousand dollars of the bond was to be unsecured and the
4  balance of $200,000 was to be secured by cash or real property. On January 13, 2006, Mr. Zhang
5  recorded a Deed of Trust to secure an original indebtedness of $500,000.00 recorded as
6  Instrument No. 2006-6517 of Official Records. The Trustors were Suibin Zhang, a Single Man
7  and Patricia M. Yu, a Single Woman All as Joint Tenants. The Trustee was First American
8  Title. The named Beneficiary is Richard K. Wieking, Clerk of the Court, United States District,
9  for the Northern District of California. The case is currently set for a trial commencing on
10 October 17, 2011.
11      Mr. Zhang and his wife, Patricia (Yu) Zhang, are in the process of refinancing their home.
12 The refinancing cannot be completed until the title has been cleared. Mr. Zhang has appeared at
13 all court dates as required over the past six years. He has traveled overseas without incident, and
14 has never violated any of the terms of his pre-trial release. Furthermore, he is a United States
15 citizen with two young children, both United States citizens.
16      Defense counsel has previously conferred with Pretrial Services Officer, Josh Libby, and
17 he has no objections to the Modification of the bond conditions as set forth above.

19 Dated: July 7, 2011

20  _____/s/_____
    MANUEL U. ARAUJO
    Assistant Federal Public Defender

22  MELINDA HAAG
    United States Attorney
23 Dated: July 7, 2011

24  \_\_\_/s/_____
    DAVID R. CALLAWAY
    MATTHEW A. PARRELLA
25  Assistant United States Attorneys

26

Stipulation to Modify Conditions of Release
No. CR 05-00812 RMW (HRL)                    2

[~~PROPOSED~~] ORDER

Good cause appearing, and by stipulation of the parties in the above-captioned matter,

IT IS HEREBY ORDERED that the Order Setting the Conditions of Release issued by the Court on December 22, 2005, be modified to a fifty-thousand dollar personal recognizance bond. It is further ordered that the Clerk of the Court shall reconvey the Deed of Trust in the amount of $500,000, as Instrument No. 2006-6517 of Official Records and recorded on the Clerk's Docket as receipt numbered 5513786-1/17/06, as non-cash collateral for the property located in Belmont, California to the persons legally entitled thereto, without warranty, all the estate, title and interest acquired by the Trustee under said Deed of Trust. All other pre-trial conditions shall remain in effect.

Dated: 7/11/11

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge