BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753     ***E-FILED - 8/3/11***

Counsel for Defendant ZHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00812 RMW |
| ) | |
| Plaintiff, ) | STIPULATION AND  ORDER |
| ) | FOR REFERRAL FOR FURTHER |
| ) | SETTLEMENT CONFERENCE |
| vs. ) | |
| ) | |
| ) | |
| SUIBIN ZHANG, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | **Honorable Ronald M. Whyte** |

The parties, Suibin Zhang and the government, acting through their respective counsel hereby stipulate, subject to the Court's approval, that the Court refer the parties to U.S. District Judge Jeremy Fogel for a further settlement conference during the month of August 2011.

This request is made based on the parties' further negotiations in the past few months and their belief that a second settlement conference with Judge Fogel would be helpful to obtain a final resolution of this matter prior to trial.  Trial is currently scheduled for October 17, 2011. The parties note that the Court already has excluded time through and including October 17,

1  2011, for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code,
2  Section 3161(h).

4  Dated: July 29, 2011

                ___/s/_____
                Manuel U. Araujo
                Assistant Federal Public Defender

                MELINDA HAAG
                United States Attorney

8  Dated: July 29, 2011

                ___/s/_____
                David R. Callaway
                Matthew A. Parrella
                Assistant United States Attorneys

**[] ORDER**

Good cause appearing, and by stipulation of the parties in the above-captioned matter,

IT IS HEREBY ORDERED that the parties are referred to U.S. District Judge Jeremy Fogel for further settlement conference. The parties shall contact Judge Fogel's Chambers to schedule a date for the settlement conference in August 2011 based upon Judge Fogel's availability.

Dated: 8/2/11

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE
United States District Judge