1    GEOFFREY A. HANSEN
Acting Federal Public Defender
2    MANUEL U. ARAUJO
Assistant Federal Public Defender
3    160 West Santa Clara Street
Suite 575
4    San Jose, CA 95113
Telephone: (408) 291-7753
5
6    Counsel for Defendant ZHANG
7
8               IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                 SAN JOSE DIVISION
11

| | |
|---|---|
| 12   UNITED STATES OF AMERICA,    ) | No. CR-05-00812 RMW |
|                            ) | |
| 13                  Plaintiff,    ) | STIPULATION AND [] |
|                            ) | ORDER CONTINUING DATE FOR |
| 14   vs.                            ) | SENTENCING AND MOTIONS HEARING |
|                            ) | |
| 15   SUIBIN ZHANG,            ) | |
|                            ) | |
| 16                 Defendant.    ) | |
| 17  _____) | |

18                            **STIPULATION**

19        Defendant Suibin Zhang, by and through Assistant Federal Public Defender Manuel U.

20   Araujo, and the United States, by and through Assistant United States Attorneys Matthew A.

21   Parrella and David R. Callaway, hereby stipulate that, with the Court's approval, the sentencing

22   and motions hearing, currently set for Monday, August 27, 2012, at 9:00 a.m., be continued to

23   Monday, October 15, 2012, at 9:00 a.m.  United States Probation Officer Lori Gunderson takes

24   no position on the stipulation.  The proposed date is acceptable to her.

25        The reason for the requested continuance is to allow the defendant more time to prepare

26   for sentencing.  In addition, it should be noted that the defense does not intend to move for a new

Stipulation and ] Order
No. CR 05-00812 RMW             1

1   trial and does not intend to file any motions, aside from an oral motion renewal of the Rule 29

2   motion.

3          IT IS SO STIPULATED.

4

5   Dated:  July 12, 2012

6

7                                    _____/s/_____
                                     MANUEL U. ARAUJO
8                                    Assistant Federal Public Defender

9   Dated:  July 12, 2012

10

11                                   _____/s/_____
                                     MATTHEW A. PARRELLA
12                                   Assistant United States Attorney

13

14  Dated:  July 12, 2012

15

16                                   _____/s/_____
                                     DAVID R. CALLAWAY
17                                   Assistant United States Attorney

18

19                             **[] ORDER** _____

20          GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

21  ORDERED that the sentencing and motions hearing, currently set for Monday, August 27, 2012,

22  at 9:00 a.m., is hereby continued to Monday, October 15, 2012, at 9:00 a.m.

23          IT IS SO ORDERED.

24  Date:  ÌÐ⁄ÐⅣⅤⅤG          _____
                                     The Honorable Ronald M. Whyte
25                                   United States District Judge

26