1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ZHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00812 RMW |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING DATE FOR SENTENCING HEARING |
| vs. | |
| SUIBIN ZHANG, | |
| Defendant. | |

## STIPULATION

Defendant Suibin Zhang, by and through Assistant Federal Public Defender Manuel U. Araujo, and the United States, by and through Assistant United States Attorneys Matthew A. Parrella and David R. Callaway, hereby stipulate that, with the Court's approval, the sentencing hearing, currently set for Monday, October 15, 2012, at 9:00 a.m. be continued to Monday, December 10, 2012, at 9:00 a.m.. United States Probation Officer Benjamin Flores has no objection to the stipulation. The proposed date is acceptable to Officer Flores.

\\\

\\\

Stipulation and [] Order Cont.
Sentencing Hearing
CR 05-00812 RMW                                1

1   The reason for the requested continuance is to allow the parties additional time to
2   investigate and prepare for sentencing.
3       IT IS SO STIPULATED.
4   Dated: September 24, 2012

5                   _____/s/_____
                    MANUEL U. ARAUJO
6                   Assistant Federal Public Defender

7
    Dated: September 24, 2012           MELINDA HAAG
8                                       United States Attorney

9                   ___/s/_____
                    MATTHEW A. PARRELLA
10                  Assistant United States Attorney

11
                    _/s/_____
12                  DAVID R. CALLAWAY
                    Assistant United States Attorney
13

14
                    **[] ORDER**
15
        GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
16
    ORDERED that the sentencing hearing currently set for Monday, October 15, 2012, at 9:00 a.m.,
17
    is continued to Monday, December 10, 2012, at 9:00 a.m.
18
        IT IS SO ORDERED.
19
20  Date: ~~FEB EFG~~ _____        _Ronald M. Whyte_____
                                             THE HONORABLE RONALD M. WHYTE
21                                           United States District Judge

22

23

24

25

26
    Stipulation and ] Order Cont.
    Sentencing Hearing
    CR 05-00812 RMW                    2