| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | MATTHEW A. PARRELLA (NYBN 2040855)<br>DAVID R. CALLAWAY (CABN 121782) |
| 5 | Assistant United States Attorneys |
| 6 | 150 Almaden Blvd., Suite 900<br>San Jose, California  95113 |
| 7 | Telephone: (408) 535-5042 (Parrella)<br>Telephone: (415) 535-5596 (Callaway) |
| 8 | Facsimile: (408) 535-5066<br>Email: Matthew.Parrella@usdoj.gov |
| 9 | Email: David.Callaway@usdoj.gov |
| 10 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00812 RMW |
| Plaintiff, | ) ) | **REQUEST BY THE PARTIES TO CONTINUE DATE FOR SENTENCING;** |
| v. | ) ) | **ORDER [**~~PROPOSED~~**]** |
| SUIBIN ZHANG, | ) ) | DATE: December 10, 2012<br>TIME:  9:00 a.m. |
| Defendant. | ) ) | Before The Honorable Ronald M. Whyte |
|  | ) | |

Defendant and the government, through their respective counsel, and with the consent of the assigned United States Probation Officer, Benjamin Flores, hereby stipulate, subject to the Court's approval, that the date for sentencing, currently scheduled to occur on December 10, 2012, be continued until **Monday, February 25, 2013, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge.  The reason for the continuance is that a factual issue has come up that both sides would like the opportunity to investigate further, as it might (or might not) become an issue at sentencing.

STIPULATION TO CONTINUE SENTENCING

1   Dated: November 20, 2012

2                                              /s/
3                                              MANUEL U. ARAUJO
                                               Assistant Federal Public Defender

4   Dated: November 20, 2012

5                                              /s/
                                               DAVID R. CALLAWAY
                                               MATTHEW A. PARRELLA
6                                              Assistant United States Attorneys

## ORDER

For the reasons set forth by the parties in the stipulation above, and good cause appearing,

IT IS HEREBY ORDERED that sentencing in the captioned matter, currently scheduled to occur on December 10, 2012, shall be continued until **Monday, February 25, 2013, at 9:00 a.m.**, before The Honorable Ronald M. Whyte, United States District Judge.

_____
RONALD M. WHYTE
United States District Judge