1  STEVEN G. KALAR
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant ZHANG

**FILED**

DEC 1 4 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10  UNITED STATES OF AMERICA,        )   No. CR 05-00812 RMW (PSG)
                                     )
11                    Plaintiff,     )   ORDER PERMITTING SUIBIN ZHANG
    v.                               )   TO TRAVEL TO NORTHERN NEVADA
12                                   )   ON DECEMBER 22, 2012, RETURNING
    SUIBIN ZHANG,                    )   ON OR BEFORE JANUARY 6, 2013
13                                   )
                      Defendant.     )   **HON. PAUL S. GREWAL**
14  _____ )

15

16                           **ORDER**

17

18      THE PARTIES HAVING AGREED IN OPEN COURT, AND GOOD CAUSE

19  APPEARING, it is hereby ordered as follows:

20      The Order Setting the Conditions of Release issued by the Court on December 22, 2005,

21  is hereby modified to permit Suibin Zhang to travel to Northern Nevada on December 22, 2012,

22  returning no later than January 6, 2013. All other conditions of release ordered on December 22,

23  2005, remain in full force and effect.

    Dated: December 11, 2012
24

                                   HON. PAUL S. GREWAL
25                                 United States Magistrate Judge
                                   **HOWARD R. LLOYD**
26

ORDER PERMITTING TRAVEL
05-00812 RMW (PSG)                        1